An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEIL CARLOS AUSTRIA,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68212

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal.[1] Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1] We deny as moot respondent's motion for an extension of time to file the fast track response.

[2] Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32379

cc:     Hon. Valerie Adair, District Judge
        Las Vegas Defense Group, LLC
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk